IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Mt Baker Vapor, LLC

    Plaintiff(s)/Petitioner(s),

vs.

Kanvape, LLC

    Defendant(s)/Respondent(s)

CASE NO: 2:16-cv-02113-NVW

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

JUL 0 6 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Michael P. Matesky, II**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Mt Baker Vapor, LLC**.

**City and State of Principal Residence:** Seattle, WA
**Firm Name:** Matesky Law PLLC
**Address:** 1001 4th Ave.  **Suite:** 3200
**City:** Seattle  **State:** WA  **Zip:** 98154
**Firm/Business Phone:** (206) 701-0331
**Firm Fax Phone:** (206) 702-0332  **E-mail Address:** liti@mateskylaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court, W.D. Wash. | 12/31/2008 | ☑ Yes  ☐ No* |
| U.S. District Court, E.D. Wash. | 10/29/2013 | ☑ Yes  ☐ No* |
| U.S. District Court, D. Minn. | 12/08/2006 | ☐ Yes  ☑ No* |

* **Explain:** I failed to renew/maintain my admission to practice in USDC for the District of Minnesota

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* **Explain:**

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

6-29-2016

**Date**

*[Signature]*

**Signature of Applicant**

**Fee Receipt #** AWX173763

(Rev. 04/12)

# United States District Court
## Western District of Washington

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that **Michael P Matesky** was admitted to practice in said Court on **December 31, 2008** to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on June 27, 2016.

William M. McCool
Clerk

By 
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON